No. 82–1260.   COPPERWELD CORP. ET AL. *v.* INDEPENDENCE TUBE CORP.   C. A. 7th Cir.   Motion of petitioners to suggest that the Court invite the Solicitor General to present the views of the United States denied.   Motions of American

Iron & Steel Institute, National Association of Manufacturers, and Chamber of Commerce of the United States for leave to file briefs as *amici curiae* granted. The Solicitor General is invited to file a brief in this case expressing the views of the United States. JUSTICE WHITE took no part in the consideration or decision of these motions and this order.